1  Martha Boersch (Cal. Bar No. 126569)
   JONES DAY
2  555 California Street, 26th Floor
   San Francisco, CA  94104-1500
3  Telephone:     (415) 626-3939
   Facsimile:     (415) 875-5700
4  Email:         mboersch@jonesday.com

5  Attorneys for Defendant
   BASHEER MOSSLEH ABDO AMMARI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. 07-0126 DLJ |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: MODIFICATIONS OF TRAVEL CONDITIONS** |
| v. | |
| BASHEER MOSSLEH ABDO AMMARI, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant BASHEER MOSSLEH ABDO AMMARI's travel conditions imposed as a condition of his pre-trial release, limiting his travel to the Northern District of California, can be modified such that defendant AMMARI can travel from San Francisco to New York, on March 25, 2008 and return to the Northern California on April 3, 2008.  Prior to his travel, defendant AMMARI shall provide his itinerary to his Pre-trial Services Officer, HENCE WILLIAMS.  The reason for the travel is to allow Mr. Ammari to visit with his brother who is currently hospitalized in Brooklyn, New York.  Mr. Williams has been consulted regarding this matter and has stated he has no objections to this plan.

Dated: March 21, 2008

/s/
MARTHA BOERSCH
Attorney for BASHEER MOSSLEH AMMARI

1 | Dated: March 21, 2008

/s/
KESLIE STEWART
Assistant U.S. Attorney

4 | IT IS SO ORDERED.

5 | Dated: March 21, 2008

HON. D. LOWELL JENSEN
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
CASE NO. 07-0126 MJJ