Martha Boersch (Cal. Bar No. 126569)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: mboersch@jonesday.com

Attorneys for Defendant
BASHEER MOSSLEH ABDO AMMARI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

BASHEER MOSSLEH ABDO AMMARI,

Defendant.

**Case No. 07-0126 DLJ**

**STIPULATION AND ORDER RE: MODIFICATIONS OF TRAVEL CONDITIONS**

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties in the above-entitled action that BASHEER MOSSLEH ABDO AMMARI's travel conditions imposed as a condition of his pre-trial release, limiting his travel to the Northern District of California, can be modified such that Defendant Ammari can travel from San Francisco to Yemen as early as Monday, March 30, 2009 and return to the Northern California on May 1, 2009. Prior to his travel, Defendant Ammari shall provide his itinerary to his Pre-trial Services Officer, Michelle Nero. The reason for the travel is to allow Mr. Ammari to visit with his wife and son in Yemen. Pretrial Services officer Michelle Nero has been consulted regarding this matter and has stated she has no objections to this plan.

Pretrial Services is ordered to return to defendant Ammari or his attorney his Yemeni passport within three (3) days before he is to travel and defendant Ammari or his attorney will

return that passport to Pretrial Services as soon as possible upon his return from that travel. All other terms of Defendant Ammari's initial pretrial release shall remain in effect.

Dated: March 27, 2009

/s/
MARTHA BOERSCH
Attorney for BASHEER MOSSLEH AMMARI

Dated: March 27, 2009

/s/
KESLIE STEWART
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: March 30, 2009

**HON. D. LOWELL JENSEN**
United States District Judge

SFI-606325v1

2

STIP. AND ORDER RE. MODIFICATION OF TRAVEL COND.
CASE NO. 07-0126 DLJ

PROOF OF SERVICE BY MAIL ON NON-E-FILING PARTY

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 27, 2009, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document:

**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATIONS OF TRAVEL CONDITIONS**

in sealed envelopes, postage fully paid, addressed as follows:

***U.S. Pretrial Officer***
**Michelle Nero**
**1301 Clay St.**
**Oakland, CA 94612-5208**

Following ordinary business practices, the envelopes were sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2009, at San Francisco, California.

______________________________
Margaret Landsborough