JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Acting Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   San Francisco, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00126 DLJ |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER RE |
| v. ) | CONTINUANCE OF SENTENCING |
| ) | HEARING |
| ) | |
| AMMAR ABDO ALAMARI, and ) | |
| BASHEER ABDO AMMARI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The above named defendants **are currently scheduled for sentencing on 9/4/09 at 10:00 AM** in this case. The Probation Officer has requested that the sentencing hearing for both defendants be set for

///

///

///

///

///

STIPULATION TO CONTINUE SENTENCING
CR 07-00126 DLJ

/ / /

November 6, 2009. Therefore, the parties stipulate and jointly request that the sentencing be set for to November 6, 2009, or as soon thereafter as the Court is available.

I hereby attest that I have authorization to file this document on behalf of those individuals whose signatures are indicated by a "conformed" signature (/S/) within this e-filed document.

SO STIPULATED.

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

Dated:   7/22/2009                                 /s/
                                            KESLIE STEWART
                                            Assistant United States Attorney

SO STIPULATED.

Dated:   7/22/2009                                 /s/
                                            MARTHA A. BOERSCH
                                            Attorney for Defendant Basheer Ammari

SO STIPULATED.

Dated:   7/28/2009                                 /s/
                                            HAROLD J. ROSENTHAL
                                            Attorney for Defendant Ammar Alamari

The 9/4/09 Sentencing date is vacated. The Sentencing hearing for the above named defendants will be held on **Friday, November 6, 2009 at 10:00 AM** before Judge D. Lowell Jensen.

IT IS SO ORDERED.

Dated: July 29, 2009

                                          THE HON. D. LOWELL JENSEN
                                          United States District Court