Martha A. Boersch (State Bar No. 126569)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700
Email:        mboersch@jonesday.com

Attorneys for Defendant
BASHEER MOSSLEH ABDO AMMARI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BASHEER MOSSLEH ABDO AMMARI<br><br>Defendant. | **Case No. 07-0126 DLJ**<br><br>**STIPULATION AND ORDER RE: SENTENCING DATE** |

Sentencing in this case is currently scheduled on November 6, 2009.  Based on discussions with probation officer Charles Mabie, the parties HEREBY STIPULATE that the sentencing be continued to December 18, 2009 at 11 a.m.

Dated: October 30, 2009      Jones Day

                             /s/ Martha Boersch
                             MARTHA BOERSCH
                             Attorney for Defendant BASHEER
                             MOSSLEH ABDO AMMARI

Dated:  October 30, 2009      /s/ Keslie Stewart
                             KESLIE STEWART
                             Assistant United State Attorney

IT IS SO ORDERED.

Dated: October 30, 2009

                             HON. D. LOWELL JENSEN
                             U.S. District Court Judge

SFI-622156v1                 STIPULATION RE:  CONTINUANCE OF SENTENCING HEARING
                             CASE NO. 07-126 DLJ